EUROVISION 426 DEVELOPMENT, LLC, Respondent, v 26-01 ASTO-RIA DEVELOPMENT, LLC, Appellant, et al., Defendant.

Submitted March 14, 2011; decided May 5, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ROBERT H. HAMILTON et al., Respondents, v DAVID MURPHY, Appellant.

Submitted April 4, 2011; decided May 5, 2011

Motion for reargument of motion for leave to appeal denied [*see* 16 NY3d 794 (2011)].

In the Matter of TOMMY R. JACKSON, Appellant, v STATE OF NEW YORK, Respondent.

Submitted March 28, 2011; decided May 5, 2011

Motion for leave to appeal dismissed upon the ground that this motion does not properly lie to the Court of Appeals directly from the judgment of Supreme Court (*see* CPLR 5602). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON RICHARD FISHER, Appellant.

Submitted May 2, 2011; decided May 5, 2011

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.